UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-745-MWF (SP) | Date | June 25, 2012 |
|---|---|---|---|
| Title | DALE KRAWCHUK v. Michael J. Astrue | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

     On May 11, 2012 plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).  On May 14, 2012, the court issued its Case Management Order in this matter.  The Case Management Order set forth, inter alia, a schedule for plaintiff's service of the summons, complaint, and Case Management Order on defendant in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure and 20 C.F.R. § 423.1.  Plaintiff was ordered to file a Proof of Service demonstrating compliance with such rules within 28 days after the filing of the complaint.  Because plaintiff filed the complaint on May 11, 2012, the Proof of Service was therefore due on June 8, 2012.

     To date, the court has received no such Proof of Service from plaintiff.  Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so.  It therefore appears that plaintiff has violated the court's orders and is not properly prosecuting this matter.

     Accordingly, the court hereby issues this Order to plaintiff to Show Cause in writing not later than **July 10, 2012** why this action should not be dismissed for failure to prosecute.  Plaintiff may discharge the Order to Show Cause by filing, not later than July 10, 2012, a Proof of Service complying with paragraph one of the court's Case Management Order.

     **The court warns plaintiff that failure to respond to the Order to Show Cause by July 10, 2012, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**