UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-745-MWF (SP) | Date | July 20, 2012 |
|---|---|---|---|
| Title | Dale Krawchuk v. Michael J. Astrue, Comm'r of Soc. Sec. Admin. | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | |
|---|---|---|
| Kimberly I. Carter | None Appearing | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** (In Chambers) Order to Show Cause Why Case Should Not Be Dismissed For Failure to Prosecute

  On May 14, 2012, the court issued its Case Management Order, which ordered, inter alia, plaintiff to promptly serve the summons, complaint, and a copy of the Case Management Order on the Commissioner in the manner required by Federal Rule of Civil Procedure 4(i) and 20 C.F.R. § 423.1. Case Management Order ¶ 1, May 14, 2012, ECF No. 7. The court further directed plaintiff to electronically file a *proof of service showing compliance with this paragraph* within twenty-eight days after the filing of the complaint. *Id.*

  Because no such proof of service was filed by the deadline (June 8, 2012), the court issued an Order to Show Cause, directing plaintiff to show cause why this action should not be dismissed for failure to prosecute. The court advised plaintiff that "Plaintiff may discharge the Order to Show Cause by filing, not later than July 10, 2012, a Proof of Service complying with paragraph one of the court's Case Management Order." Order to Show Case, June 25, 2012, ECF No. 8.

  On July 19, 2012, plaintiff filed a second summons, along with a blank proof of service. A blank proof of service does not demonstrate that plaintiff served the summons, complaint, and a copy of the Case Management Order on the Commissioner, as mandated by the court's Case Management Order. Thus, it appears that plaintiff has again violated the court's orders and is not properly prosecuting this matter.

  Accordingly, plaintiff is again ordered to show cause no later than **August 3, 2012**, why this case should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by filing, not later than **August 3, 2012**, a *completed* proof of service in compliance with the court's Case Management Order.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-745-MWF (SP) | Date | July 20, 2012 |
|---|---|---|---|
| Title | Dale Krawchuk v. Michael J. Astrue, Comm'r of Soc. Sec. Admin. | | |

**The court warns plaintiff that failure to respond to the Order to Show Cause by August 3, 2012, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**